# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| YVONNE HALL, | Case No.: 2:19-cv-0295-APG-NJK |
| Plaintiff(s), | **Order** |
| v. | (Docket No. 9) |
| EQUIFAX INFORMATION SERVICES, et al., | |
| Defendant(s). | |

Pending before the Court is Plaintiff and Defendant Equifax Information Services, LLC's notice of settlement. Docket No. 9. The parties submit that they are in the process of preparing and finalizing the settlement agreement and, therefore, ask the Court to vacate all deadlines related to Defendant Equifax Information Services, LLC. *Id.* at 1-2.

Accordingly, the motion is **GRANTED,** and the Court hereby **VACATES** any pending deadlines with respect to Defendant Equifax Information Services, LLC. The Court **ORDERS** Plaintiff and Defendant Equifax to file a stipulation of dismissal no later than June 24, 2019.

IT IS SO ORDERED.

Dated: April 24, 2019

_____
NANCY J. KOPPE
United States Magistrate Judge